| | |
|---|---|
| 1 | Margaret M. Schneck (Bar No. 151695) |
|   | ROBINSON & WOOD, INC. |
| 2 | 227 North First Street |
|   | San Jose, CA 95113-1016 |
| 3 | Telephone:  (408) 298-7120 |
|   | Facsimile:  (408) 298-0477 |
| 4 | |
|   | Attorneys for Defendants |
| 5 | BROOKS & RAUB; DAVID S. CAPLAN; |
|   | L. DONALD RAUB, JR.; LINCOLN A. BROOKS |
| 6 | DAVID M. SEREPCA, LAW OFFICES OF |
|   | DAVID M. SEREPCA, P.C. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 12/7/05*

| | |
|---|---|
| In re: | District Court No. CV04-03396 RMW |
| COM 21, INC., | |
| Debtor. | STIPULATION AND [~~PROPOSED~~] ORDER RE MEDIATION IN LIEU OF EARLY NEUTRAL EVALUATION |
| CAROL WU, Trustee in Bankruptcy of the Estate of Com 21, Inc., | |
| Plaintiff. | |
| vs. | |
| BROOKS & RAUB, a California Professional Corporation; et al., | |
| Defendants. | |

|   |   |
|---|---|
| 1 | The parties to the above-entitled action, by and through their attorneys of record, hereby stipulate to participate in mediation in lieu of Early Neutral Evaluation. In so doing the parties have agreed to mediate this matter with the court appointed neutral evaluator, Pamela Phillips who has also agreed to this modification. The mediation shall take place in January 2006 at a mutually agreeable date. |

IT IS SO STIPULATED.

Dated: November 10, 2005

ROBINSON & WOOD, INC.

By: /s/ Margaret M. Schneck
MARGARET M. SCHNECK
Attorneys for Defendants BROOKS & RAUB;
DAVID S. CAPLAN; L. DONALD RAUB,
JR.; LINCOLN A. BROOKS

Dated: November 11, 2005

ROBERT E. WHITE

By: /s/ Robert E. White
ROBERT E. WHITE
Attorneys for Plaintiff
CAROL WU, in her capacity as TRUSTEE IN BANKRUPTCY of the Estate of Com 21, Inc.

Dated: November 15, 2005

Evaluator appointed by U.S. District Court

/s/ Pamela Phillips
PAMELA PHILLIPS, ESQ.

ORDER

IT IS SO ORDERED.

Dated: 12/7, 2005

/S/ RONALD M. WHYTE
RONALD. M. WHYTE