Margaret M. Schneck (Bar No. 151695)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113-1016
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendants
BROOKS & RAUB; DAVID S. CAPLAN;
L. DONALD RAUB, JR.; LINCOLN A. BROOKS;
DAVID M. SEREPCA; PENN AYERS BUTLER;
LAW OFFICES OF DAVID M. SEREPCA, P.C.

**FILED**

FEB 08 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

COM 21, INC.,

Debtor.

CAROL WU, Trustee in Bankruptcy of the Estate of Com 21, Inc.,

Plaintiff,

vs.

BROOKS & RAUB, a California Professional Corporation; DAVID S. CAPLAN; L. DONALD RAUB, JR.; LINCOLN A. BROOKS; PENN AYERS BUTLER; LAW OFFICES OF DAVID M. SEREPCA, P.C.; and DAVID M. SEREPCA,

Defendants.

District Court No. CV04-03396 RMW

[~~PROPOSED~~] ORDER RE TELEPHONE STANDBY

Good cause appearing, it is ordered as follows:

Defendant Penn Butler shall be excused from attending the mediation of the above entitled action.

Defendant Lincoln Brooks shall be excused from attending the mediation of the above entitled action.

ROBINSON & WOOD, INC.
227 NORTH FIRST STREET
SAN JOSE, CA 95113-1016
(408) 298-7120

[PROPOSED] ORDER RE TELEPHONE STANDBY          1          CV04-03396 RMW

cc: WPB, RMW, ADR neutral, stats, requesting party with direction to serve all parties.

Defendant David Serepca, individually and for Law Offices of David Serepca, shall be excused from attending the mediation of the above entitled action.

The insurance company representative for Brooks & Raub shall ~~be excused from personal~~ attend the mediation in person. (WDB) ~~attendance and shall be required to attend by conference call or by telephone standby at the discretion of the mediator.~~

Each of the excused defendants execute consent to settle and shall be available by telephone during the mediation.

Dated: 2/6/ , 2006

Wayne D. Brazil
WAYNE D. BRAZIL
MAGISTRATE JUDGE