Margaret M. Schneck (Bar No. 151695)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113-1016
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendants
BROOKS & RAUB; DAVID S. CAPLAN;
L. DONALD RAUB, JR.; LINCOLN A. BROOKS
DAVID M. SEREPCA, PENN AYERS BUTLER;
LAW OFFICES OF DAVID M. SEREPCA, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION   *E-FILED - 3/1/06*

| | |
|---|---|
| In re:<br><br>COM 21, INC.,<br><br>Debtor. | District Court No. CV04-03396 RMW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE RESCHEDULING MEDIATION |
| CAROL WU, Trustee in Bankruptcy of the Estate of Com 21, Inc.,<br><br>Plaintiff.<br><br>vs.<br><br>BROOKS & RAUB, a California Professional Corporation; et al.,<br><br>Defendants. | |

The parties to the above-entitled action, by and through their attorneys of record, hereby stipulate to rescheduling the mediation to March 16, 2006 from February 15, 2006.  The mediator, Pamela Phillips, has also agreed to move the mediation to March 16, 2006 at 11:00 a.m. in Ms. Phillips' offices.

IT IS SO STIPULATED.

Dated:  February 15, 2006                                ROBINSON & WOOD, INC.


                                                         By: _____
                                                              MARGARET M. SCHNECK
                                                         Attorneys for Defendants BROOKS & RAUB;
                                                         DAVID S. CAPLAN; L. DONALD RAUB,
                                                         JR.; LINCOLN A. BROOKS


Dated: _____, 2006                       ROBERT E. WHITE


                                                         By: _____
                                                              ROBERT E. WHITE
                                                         Attorneys for Plaintiff
                                                         CAROL WU, in her capacity as TRUSTEE IN
                                                         BANKRUPTCY of the Estate of Com 21, Inc.


Dated: _____, 2006                       Mediator


                                                         _____
                                                         PAMELA PHILLIPS, ESQ.


                                  ORDER

IT IS SO ORDERED.


Dated: _____, 2006                           _____
                                                         RONALD. M. WHYTE

(JG)

ROBINSON & WOOD, INC.
227 NORTH FIRST STREET
SAN JOSE, CA 95113-1016
(408) 298-7120

1  The parties to the above-entitled action, by and through their attorneys of record, hereby
2  stipulate to rescheduling the mediation to March ~~14~~ 16, 2006 from February 15, 2006. The mediator,  (JG)
3  Pamela Phillips, has also agreed to move the mediation to March ~~14~~ 16, 2006 at 11:00 a.m. in Ms.
4  Phillips' offices.
5  IT IS SO STIPULATED.
6  Dated:  February 15, 2006                ROBINSON & WOOD, INC.

                                            By: _____
                                            MARGARET M. SCHNECK
                                            Attorneys for Defendants BROOKS & RAUB;
                                            DAVID S. CAPLAN; L. DONALD RAUB,
                                            JR.; LINCOLN A. BROOKS

12  Dated: _February 16_, 2006              ROBERT E. WHITE

                                            By: _____
                                            ROBERT E. WHITE
                                            Attorneys for Plaintiff
                                            CAROL WU, in her capacity as TRUSTEE IN
                                            BANKRUPTCY of the Estate of Com 21, Inc.

18  Dated: _____, 2006            Mediator

                                            _____
                                            PAMELA PHILLIPS, ESQ.

                                            ORDER
    IT IS SO ORDERED.

26  Dated: _____, 2006            _____
                                            RONALD. M. WHYTE

(JG)

The parties to the above-entitled action, by and through their attorneys of record, hereby stipulate to rescheduling the mediation to March 16, 2006 from February 15, 2006. The mediator, Pamela Phillips, has also agreed to move the mediation to March 16, 2006 at 11:00 a.m. in Ms. Phillips' offices.

IT IS SO STIPULATED.

Dated: February 15, 2006         ROBINSON & WOOD, INC.

By: _____
MARGARET M. SCHNECK
Attorneys for Defendants BROOKS & RAUB;
DAVID S. CAPLAN; L. DONALD RAUB,
JR.; LINCOLN A. BROOKS

Dated: _____, 2006    ROBERT E. WHITE

By: _____
ROBERT E. WHITE
Attorneys for Plaintiff
CAROL WU, in her capacity as TRUSTEE IN
BANKRUPTCY of the Estate of Com 21, Inc.

Dated: 2/16, 2006               Mediator

_____
PAMELA PHILLIPS, ESQ.

ORDER

IT IS SO ORDERED.

Dated: 3/1, 2006                /S/ RONALD M. WHYTE
                                RONALD. M. WHYTE