1  ROBERT E. WHITE (CSB No. 78567)
   LAW OFFICES OF ROBERT E. WHITE
2  177 Post Street, Suite 890
   San Francisco, CA 94108
3  Telephone: (415) 788-6151

4  Attorneys for plaintiff Carol Wu,
   in her capacity as TRUSTEE IN BANKRUPTCY
5  of The Estate of Com 21, Inc.

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION              *E-FILED - 1/22/07*

11

12  In re:                           )   NO. CV 04-03396 RMW
                                     )
13  COM 21, INC.,                    )   STIPULATION & [PROPOSED] ORDER
                                     )   DISMISSING ACTION WITH
14      Debtor.                      )   PREJUDICE (Fed. R. Civ. P. 41)
    _____    )
15  CAROL WU, Trustee in Bankruptcy of )
    The Estate of Com 21, Inc.,      )
16                                   )
        Plaintiff,                   )
17                                   )
                                     )
18  vs.                              )
                                     )
19  BROOKS & RAUB, a California      )
    Professional Corporation; et al., )
20                                   )
        Defendants.                  )
21  _____    )

22         Pursuant to the parties' Settlement Agreement, approved by this Court on September

23  22, 2006, which approval having become final, and defendants having paid the consideration called

24  for in the Settlement Agreement,

25         IT IS HEREBY STIPULATED by the between the parties, through their respective

26  counsel, that this Civil Action be dismissed with prejudice, each party bearing his, her or its

STIPULATION & ORDER DISMISSING CIVIL ACTION WITH PREJUDICE
                              -1-

respective attorney's fees and costs of suit.

SO STIPULATED.

Dated: December 17, 2006.

LAW OFFICES OF ROBERT E. WHITE

By: *Robert E. White*
ROBERT E. WHITE

Attorneys for plaintiff Carol Wu, Trustee in Bankruptcy of The Estate of Com 21, Inc.

SO STIPULATED.

Dated: December 18, 2006.

ROBINSON & WOOD INC.

By: *[signature]*
MARGARET M. SCHNECK

Attorneys for defendants
BROOKS & RAUB, a California Professional Corporation; DAVID S. CAPLAN; L. DONALD RAUB, JR.; LINCOLN A. BROOKS; PENN AYERS BUTLER; LAW OFFICES OF DAVID M. SEREPCA, P.C.; and DAVID M. SEREPCA

ORDER APPROVING STIPULATION & DISMISSING ACTION

The foregoing stipulation is approved and it is so ordered. This action is hereby dismissed with prejudice, each party bearing his, her or its respective attorney's fees and costs.

Dated: ~~December xxxx, 2006x~~   1/22/07

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

c:\wu\stipdismiss-01.doc